Case 1:21-cv-03145-ACE    ECF No. 26    filed 10/31/22    PageID.138    Page 1 of 3

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 31, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

WESTERN SURETY COMPANY, a foreign corporation,

  Plaintiff,

  v.

KRISTOFFER G. STRUTNER a.k.a. KRIS STRUTNER and JESSICA A. STRUTNER a.k.a. JESSICA ANN CONNERTON, husband and wife and their marital community d.b.a. RECLAIM COMPANY; TMS NATIVE COMPANIES, LLC, a Washington limited liability company; MARSHALL HANNIGAN, an individual; and RECLAIM COMPANY, LLC, a Washington limited liability company,

  Defendants.

No. 1:21-CV-03145-ACE

ORDER GRANTING PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT

**BEFORE THE COURT** is Plaintiff's October 25, 2022, Motion for Entry of Default Judgment Against All Defendants, Except Marshall Hannigan. ECF No. 23. Attorney Paul Keane Friedrich represents Plaintiff. All named defendants have failed to respond or otherwise contact the Court with respect to the instant action.

Plaintiff filed its complaint in this action on October 29, 2021. ECF No. 1. Defendants did not file answers or otherwise defend against the complaint. Plaintiff subsequently moved for entry of default, ECF No. 14, and a Clerk's Order of Default was entered as to all Defendants on January 31, 2022, ECF No. 16. Defendants have failed to respond.

ORDER - 1

Plaintiff's instant motion seeks the entry of default judgment against all named defendants, with the exception of Defendant Marshall Hannigan.[1] ECF No. 23. Plaintiff has demonstrated defendants owe Plaintiff the total amount of $308,787.50,[2] plus post-judgment interest. ECF No. 25; ECF No. 25-1, Exh. F.

Having complied with the requirements of Fed. R. Civ. P. 55(b) and LCivR 55(b), Local Civil Rules for the Eastern District of Washington, and the Court being fully advised, **IT IS HEREBY ORDERED:**

1. Plaintiff's Motion for Entry of Default Judgment as to Defendants KRISTOFFER G. STRUTNER, a.k.a. KRIS STRUTNER, and JESSICA A. STRUTNER, a.k.a. JESSICA ANN CONNERTON, husband and wife and their marital community, d.b.a. RECLAIM COMPANY; TMS NATIVE COMPANIES, LLC, a Washington limited liability company; and RECLAIM COMPANY, LLC, a Washington limited liability company, **ECF No. 23,** is **GRANTED.**

2. **Judgment is rendered in favor of Plaintiff and against Defendants KRISTOFFER G. STRUTNER, a.k.a. KRIS STRUTNER, and JESSICA A. STRUTNER, a.k.a. JESSICA ANN CONNERTON, husband and wife and their marital community, d.b.a. RECLAIM COMPANY; TMS NATIVE COMPANIES, LLC, a Washington limited liability company; and RECLAIM**

---

[1] Plaintiff indicates that subsequent to the entry of the Order of Default in this action, Defendant Marshall Hannigan filed a no asset Ch. 7 bankruptcy and, therefore, Plaintiff's claim against Defendant Marshall Hannigan is stayed. ECF No. 21 at 2, n. 1. Plaintiff advises it intends to voluntarily dismiss its complaint against Defendant Marshall Hannigan. *Id.*

[2] This balance includes claim losses of $6,000.00, $250,000.00, and $18,627.50; recovery expenses of $30.00 and $441.00; and attorney's fees and costs of $2,466.00, $27,770.00, $319.00, and $4,176.00. ECF No. 25; ECF No. 25-1, Exh. F.

ORDER - 2

**COMPANY, LLC, a Washington limited liability company, for the total amount of <u>$308,787.50</u>, plus post-judgment interest at the legal rate until paid in full.**

   **IT IS SO ORDERED**.  The District Court Executive is directed to file this Order and provide a copy to counsel for Plaintiff.  Judgment shall be entered for Plaintiff against Defendants KRISTOFFER G. STRUTNER, a.k.a. KRIS STRUTNER, and JESSICA A. STRUTNER, a.k.a. JESSICA ANN CONNERTON, husband and wife and their marital community, d.b.a. RECLAIM COMPANY; TMS NATIVE COMPANIES, LLC, a Washington limited liability company; and RECLAIM COMPANY, LLC, a Washington limited liability company.

   DATED October 31, 2022.



_____
ALEXANDER C. EKSTROM
UNITED STATES MAGISTRATE JUDGE

ORDER - 3