AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

WESTERN SURETY COMPANY, a foreign corporation,

*Plaintiff*

v.

KRISTOFFER G. STRUTNER a.k.a. KRIS STRUTNER and JESSICA A. STRUTNER a.k.a. JESSICA ANN CONNERTON, husband and wife and their marital community d.b.a. RECLAIM COMPANY; TMS NATIVE COMPANIES, LLC, a Washington limited liability company; MARSHALL HANNIGAN, an individual; and RECLAIM COMPANY, LLC, a Washington limited liability company,

*Defendant*

Civil Action No. 1:21-cv-03145-ACE

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 31, 2022

SEAN F. McAVOY, CLERK

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____%, plus post judgment interest at the rate of _____% per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: Plaintiff's Motion for Entry of Default Judgment (ECF No. 23) is GRANTED. Judgment is entered in favor of Plaintiff and against Defendants KRISTOFFER G. STRUTNER, a.k.a. KRIS STRUTNER, and JESSICA A. STRUTNER, a.k.a. JESSICA ANN CONNERTON, husband and wife and their marital community, d.b.a. RECLAIM COMPANY; TMS NATIVE COMPANIES, LLC, a Washington limited liability company; and RECLAIM COMPANY, LLC, a Washington limited liability company, for the total amount of $308,787.50, plus post-judgment interest at the legal rate until paid in full.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Magistrate Judge Alexander C Ekstrom on a motion for Entry of Default Judgment.

Date: 10/31/2022

CLERK OF COURT

SEAN F. McAVOY

s/ Lee Reams
*(By) Deputy Clerk*

Lee Reams