FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 05, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

WESTERN SURETY COMPANY, a foreign corporation,

Plaintiff,

v.

KRISTOFFER G. STRUTNER aka KRIS STRUTNER and JESSICA A. STRUTNER aka JESSICA ANN CONNERTON, husband and wife and their marital community dba RECLAIM COMPANY; TMS NATIVE COMPANIES, LLC, a Washington limited liability company; MARSHALL HANNIGAN, an individual; and RECLAIM COMPANY, LLC, a Washington limited liability company,

Defendants.

No. 1:21-CV-03145-ACE

ORDER REGARDING PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT MARSHALL HANNIGAN

**BEFORE THE COURT** is Plaintiff's December 5, 2022, notice of the voluntary dismissal of claims against Defendant Marshall Hannigan, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), without prejudice and without fees or costs to any party. ECF No. 28. The Court has reviewed the record and file herein and is fully informed.

Fed. R. Civ. P. 41(a)(1)(A)(i) provides that a plaintiff may dismiss an action by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. As correctly stated by Plaintiff, ECF No. 28 at 2, no answer or motion for summary judgment has been served by Defendant Marshall Hannigan.

ORDER - 1

Accordingly, **IT IS HEREBY ORDERED** any and all claims against Defendant Marshall Hannigan are **DISMISSED WITHOUT PREJUDICE** and without fees or costs to any party.

**IT IS SO ORDERED.** The District Court Executive is directed to file this Order, provide copies to counsel, and **CLOSE THE FILE**.

DATED December 5, 2022.



_____
ALEXANDER C. EKSTROM
UNITED STATES MAGISTRATE JUDGE

ORDER - 2